

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2015

**By ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re: United States v. John Graves, S3 12 Cr. 862 (AJN)**

Dear Judge Nathan:

      Counsel for defendant Graves has advised the Government that the defendant wishes to plead guilty, pursuant to a plea agreement. The parties respectfully request that the plea be scheduled before the Court or the duty magistrate judge for any time on Wednesday, November 4, other than 11:30 a.m.

      In addition, in light of the anticipated guilty plea, the parties respectfully request that the November 2 deadline for certain pre-trial filings be adjourned.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By: _____
      Brendan F. Quigley
      Rahul Mukhi
      Daniel B. Tehrani
      Assistant United States Attorneys
      (212) 637-2190/1581/2455

cc: Counsel of Record (by E-mail and ECF)