

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 15, 2021

**BY ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States* v. *Ward et al.*, 12 Cr. 862 (AJN)

Dear Judge Nathan:

    I write to respectfully request that the Court remove me as counsel of record in this case because I am leaving the United States Attorney's Office for other employment.

    Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _____
Samson Enzer
Assistant United States Attorney
Tel. (212) 627-2342

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
9/16/2021